UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———

THOMAS ADAM HENDERSON, #14-B-1931,

         Plaintiff,

                    DECISION AND ORDER
  v.                    14-CV-445A

ANTHONY ANNUCCI, VERNON J. FONDA,
MARK L. BRADT, WILLIAM HUGHES,
WILLIAM DUNFORD, JUSTIN HOINSKI,
BRYAN NABB,

         Defendants.

———

    The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 26, 2017, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 69), recommending that the defendants' motion to dismiss (Dkt. No. 67) be granted.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

    ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the defendants' motion to dismiss is granted, with prejudice.

    The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: May 23, 2017